# United States Court of Appeals
## For the First Circuit

No. 20-1593

CARLOS MONTEIRO SILVA,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on February 28, 2022, is amended as follows:

On page 14, line 11, replace "detentions" with "definitions"

On page 26, line 7, replace "states" with "state"

On page 33, line 9, replace " an" with "an"

On page 33, line 11, replace "Id." with "_Id._"

On page 34, line 6, replace "mens rea\actus reus" with "mens rea/actus reus"

On page 34, line 10, replace "deference" with "Deference"

On page 35, line 7, replace "Chevron's" with "_Chevron's_"

On page 35, line 18, replace "_Neguise_" with "_Negusie_"

On page 37, line 20, replace "_Neguise_" with "_Negusie_"